1  GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (SBN 178218)
2  Ashley Zitrin (SBN 262238)
580 California Street, Suite 1420
3  San Francisco, CA 94104
Telephone: (415) 599-0880
4  lagre@glennagre.com
azitrin@glennagre.com
5
6  M^CALLISTER OLIVARIUS
Jan "Honza" Červenka (SBN 344997)
7  641 Lexington Avenue, 13th Floor
New York, NY 10022
8  (212) 433-3456
hcervenka@mcolaw.com
9
10  *Attorneys for Plaintiffs*
11

12                  **UNITED STATES DISTRICT COURT**

13                 **NORTHERN DISTRICT OF CALIFORNIA**

14                    **SAN FRANCISCO DIVISION**

15  DR. STELLA SAFO, GERALDINE LLAMES,          Misc. Case No.: 3:25-mc-80049
AMANDA MISITI and DR. EMILIE
16  BRUZELIUS,                                   [S.D.N.Y Case No.: 1:19-cv-03779-VSB-JW]

17                          Plaintiffs,           **DELCARATION OF ASHLEY ZITRIN
                                                 IN SUPPORT OF PLAINTIFFS' REPLY
18          vs.                                  IN SUPPORT OT THEIR MOTION TO
                                                 COMPEL THE DEPOSITION OF
19                                               THIRD-PARTY DR. SANDEEP
DR. PRABHJOT SINGH, DR. DENNIS S.               KISHORE [FRCP 37]
20  CHARNEY, BRUNO SILVA, and ICAHN
SCHOOL OF MEDICINE AT MOUNT SINAI,
21
22                          Defendants.
23

24
25          I, Ashley Zitrin, am special counsel at the law firm of Glenn Agre Bergman & Fuentes LLP

26  and an active member of the State Bar of California. My firm represents Plaintiffs in the above-

27  captioned matter. I am familiar with the facts of this case as represented in Plaintiffs' Reply

28                                            - 1 -

Memorandum of Law in support of their Motion to Compel the Deposition of Third-Party Dr. Sandeep Kishore, filed herewith. I state the following in support of that motion:

1.      I discovered Dr. Kishore's UCSF web page biography after an internet search which cited his work address as 10 Koret Way, #323 San Francisco CA 94117. This page is available at https://profiles.ucsf.edu/sandeep.kishore.

2.      Upon multiple failed attempts to serve at that listed UCSF address, I researched other UCSF locations and initiated an attempted service at UCSF's Mission Bay location, 1975 4th Street, San Francsico, CA 94158.

3.      Upon attempted service on March 3, 2025, the process server was informed by the UCSF Mission Bay receptionist that all subpoenas had to be served via the Office of Risk Management.

4.      Attached as Exhibit A to this Declaration is a true and correct copy of the process server's notes of this interaction.

5.      On March 5, 2025, my paralegal Edward Lee emailed the Deposition Subpoena to the UCSF Office of Risk Management. He followed up with a phone call a few days later and was informed that Dr. Kishore would be assigned counsel. On March 13, 2025, Juqquila (LNU) from the UCSF Office of Risk Management emailed both Mr. Lee and myself, stating she had sent the subpoena to Dr. Kishore and he may have to obtain his own counsel.

6.      Attached as Exhibit B to this Declaration is a true and correct copy of my firm's correspondence with the UCSF Office of Risk Management.

7.      Attached as Exhibit C to this Declaration is a true and correct copy of the e-mail correspondence with Mr. Allender, Ms. Kelly and Mr. Riaz referenced in Plaintiff's Reply.

DATED: March 21, 2025

By: _/s/ Ashley Zitrin_____
Ashley Zitrin (SBN 262238)

- 2 -

DECLARATION OF ASHLEY ZITRIN ISO PLAINTIFFS' REPLY MOTION TO COMPEL
Misc. Case No.: 3:25-mc-80049
[S.D.N.Y Case No.: 1:19-cv-03779-VSB-JW]