# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Ashley Zitrin SBN 262238<br>TELEPHONE NO:            FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:   azitrin@glennagre.com<br>ATTORNEY FOR *(Name)*:   Plaintiff | |
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 | |
| PLAINTIFF / PETITIONER:   Dr. Stella Safo, et al.<br>DEFENDANT / RESPONDENT:   Icahn School of Medicine at Mount Sinai, et al. | CASE NUMBER:<br>1:19-cv-03779 (VSB-JW) |
| **NON SERVICE REPORT** | Ref. No. or File No.:<br>12811811 (24833249) |

I am and was on the dates herein mentioned a citizen of the United States, over 18 years of age and not a party to this action, and I received copies of the following:
Subpoena to Testify at a Deposition in a Civil Action

After due search, careful inquiry and diligent attempts at the following address(es), I have been unable to effect service of said process on:
Dr. Sandeep Kishore

1) Unsuccessful Attempt: Mar 3, 2025, 1:33 pm PST at Company: 1975 4th Street, San Francisco, CA 94158

    *Receptionist stated subpoenas need to be served through risk management and provided their number to arrange service*
    *415 353 1842*

Process is being returned without service for the following reason(s):
Receptionist stated subpoenas need to be served through risk management and provided their number to arrange service 415 353 1842

Fee for service: $175.00

Registered California process server.
Priscila Carmona
County: Alameda
Registration No.: 1580

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*(signature)*
Priscila Carmona

Date: March 4, 2025



# Accountability Report

## Service of Process Details

| | | | |
|---|---|---|---|
| **Service Address:** | 1975 4th Street<br>San Francisco, CA 94158 | **Plaintiff / Petitioner:** | Dr. Stella Safo, et al. |
| | | **Defendant / Respondent:** | Icahn School of Medicine at Mount Sinai, et al. |
| **Party to Serve:** | Dr. Sandeep Kishore | **Case Number:** | 1:19-cv-03779 (VSB-JW) |

### Attempt 1: Non-Service

| | |
|---|---|
| **Description:** | Receptionist stated subpoenas need to be served through risk management and provided their number to arrange service 415 353 1842 |
| **Time:** | **GPS:** Mon Mar 03 2025 13:33:36 GMT-0800 (PST)<br>**Device:** Mar 3, 2025, 1:33 pm PST |
| **Location:** | 37.76502401686023, -122.39019942422189<br>*The service address is 52.800000000000004 feet from the GPS coordinates.* |
| **Activity:** | Priscila Carmona has attempted 4 other serves within 24 hours surrounding this attempt. |
| **Mobile Device:** | ServeManagerMobile/1.10.1 (122) (iPhone 15 Pro Max/iPhone; iOS/18.1.1) |



37.76502401686023, -122.39019942422189
*with a GPS Accuracy of 109.29 ft.*

**Attempt Photo(s):**

