# EXHIBIT B

| | |
|---|---|
| **From:** | Edward Lee |
| **To:** | riskmgmt@ucsf.edu |
| **Cc:** | Ashley Zitrin |
| **Subject:** | Dr. Stella Safo vs Icahn School of Medicine at Mount Sinai, Case No. 19-cv-03779 |
| **Date:** | Wednesday, March 5, 2025 1:11:00 PM |
| **Attachments:** | Kishore Subpoena Desposition.pdf |

To Whom It May Concern:

Please see the attached Subpoena to Testify at a Deposition in a Civil Action in the above reference matter.  This subpoena is being served on Dr. Sandeep Kishore, an associate professor at the UCSF School of Medicine.

Sincerely,

**Edward Lee**
(he/him)
Litigation Manager
Main: 212.970.1600
Direct: 212.970.1614

elee@glennagre.com



1185 Avenue of the Americas, 22nd Fl.
New York, NY 10036

| | |
|---|---|
| **From:** | Risk Mgmt |
| **To:** | Edward Lee; Risk Mgmt |
| **Cc:** | Ashley Zitrin |
| **Subject:** | RE: Dr. Stella Safo vs Icahn School of Medicine at Mount Sinai, Case No. 19-cv-03779 |
| **Date:** | Thursday, March 13, 2025 8:42:41 AM |

---

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Edward –

I have sent the Subpoena to Dr. Kishore. The Subpoena was served to our office before the date of the deposition, which is unreasonable notice – it will need to be re-scheduled as the provider's schedule is very busy.  As the case relates to Dr. Kishore's previous employer he may need to obtain legal counsel. Dr. Kishore will reach out to your firm with his schedule and availability to reschedule the deposition.

Thank you,
Juqquila
UCSF Health Risk Management
1800 Owens St., 4th Flr. Suite C461
Campus Box# 0207
San Francisco, CA 94143
phone: 415-353-1842 | fax: 415-502-0118
Internal website for UCSF employees via CareLinks (Risk Management Medical Center) or MyAccess: https://rm.ucsfmedicalcenter.org/
Public website (COI, Service of Legal Docs, Pt Lost Property): https://healthriskmanagement.ucsf.edu/

---

**From:** Edward Lee <elee@glennagre.com>
**Sent:** Wednesday, March 12, 2025 2:34 PM
**To:** Risk Mgmt <RiskMgmt@ucsf.edu>
**Cc:** Ashley Zitrin <azitrin@glennagre.com>
**Subject:** Dr. Stella Safo vs Icahn School of Medicine at Mount Sinai, Case No. 19-cv-03779

**This Message Is From an External Sender**

This message came from outside your organization.

To the UCSF Risk Management Office:

Please see the attached Case Management Order and Proof of Service of the same as related to the subpoena for deposition served on Dr. Sandeep Kishore.

Sincerely,

**Edward Lee**
(he/him)
Litigation Manager
Main: 212.970.1600
Direct: 212.970.1614

[elee@glennagre.com](mailto:elee@glennagre.com)



1185 Avenue of the Americas, 22nd Fl.
New York, NY 10036

---

*****************************Important Notice *****************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.