# EXHIBIT C

| | |
|---|---|
| **From:** | Allender, Daniel L. |
| **To:** | Honza Cervenka |
| **Cc:** | Lyn R. Agre; Ashley Zitrin; Tim Finnegan; Love Engman; Edward Lee; Ann Olivarius; Jef McAllister; Michael Paul Bowen |
| **Subject:** | RE: Safo et al. v. Singh et al., Case No. 25-mc-80049 |
| **Date:** | Friday, March 21, 2025 12:10:34 PM |
| **Attachments:** | image006.png<br>image008.png<br>image009.png<br>image010.png<br>image011.png<br>image012.png<br>image013.png |

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Honza,

When I sent my email on March 14, it was my understanding Brenna would be representing Dr. Kishore at the deposition. That plan seems to have changed. I learned about it at the same time as you.

In any event, the Defendants are now seeking to quash the deposition based on the NY scheduling order. If the court declines to grant them that relief, I will accept service of a subpoena for a deposition on a mutually agreeable date.

Dr. Kishore has availability in late-May and early-June. Are there dates in that range that work for both you and the Defendants? And is it your intention to still do this in person or can you be convinced to do the deposition by Zoom?

Daniel

**From:** Honza Cervenka <hcervenka@mcolaw.com>
**Sent:** Friday, March 21, 2025 5:50 AM
**To:** Allender, Daniel L. <DAllender@RobinsKaplan.com>
**Cc:** Lyn R. Agre <lagre@glennagre.com>; Ashley Zitrin <azitrin@glennagre.com>; Tim Finnegan <TFinnegan@glennagre.com>; Love Engman <LEngman@mcolaw.com>; Edward Lee <elee@glennagre.com>; Ann Olivarius <AOlivarius@mcolaw.com>; Jef McAllister <JMcAllister@mcolaw.com>; Michael Paul Bowen <mbowen@glennagre.com>
**Subject:** [EXTERNAL] FW: Safo et al. v. Singh et al., Case No. 25-mc-80049

Daniel,

See below—Brenna Kelly, whom you identified in your e-mail on March 14 as a person to communicate with regarding Dr. Kishore's deposition, wrote us to say that she does not represent him. It is apparent from Proskauer's filing last night that you continue representing Dr. Kishore.

Can you confirm Dr. Kishore's address and availability for a deposition? Will you accept electronic service of a deposition subpoena to Dr. Kishore via e-mail to your address? We do not want to waste the court's time with needless motion practice but need your cooperation to do so.

Yours,

Honza

**Honza Červenka** (he/they)
*Senior Associate*



The Pearce Building | 7th Floor | West Street | Maidenhead | SL6 1RL | England
Hennerton House | Wargrave, Berkshire | RG10 8PD | England
641 Lexington Avenue | 13th Floor | New York, NY 10022 | USA

DX 6411 Maidenhead

UK Direct Line +44 (0) 20 3048 5975
UK Office Number +44 (0) 20 3048 5959

US Direct Line +1 (212) 433-3166
US Office Number +1 (212) 433-3456
US Toll-Free Number +1 (833) 568-4080

hcervenka@mcolaw.com | mcolaw.com

 

---

**From:** Kelly, Brenna <brenna.kelly@us.dlapiper.com>
**Date:** Friday, 21 March 2025 at 12:21
**To:** Honza Cervenka <hcervenka@mcolaw.com>, Riaz, Fahd <Fahd.Riaz@us.dlapiper.com>
**Cc:** Lyn R. Agre <lagre@glennagre.com>, Ashley Zitrin <azitrin@glennagre.com>, Tim Finnegan <TFinnegan@glennagre.com>, Love Engman <LEngman@mcolaw.com>, Edward Lee <elee@glennagre.com>
**Subject:** Re: Safo et al. v. Singh et al., Case No. 25-mc-80049

Honza,

Thank you for your email. I do not represent Dr. Kishore in this matter. Please follow up with Daniel Allender, his counsel.

Thank you,

Brenna

Get Outlook for iOS

---

**From:** Honza Cervenka <hcervenka@mcolaw.com>
**Sent:** Friday, March 21, 2025 4:12 AM
**To:** Kelly, Brenna <brenna.kelly@us.dlapiper.com>; Riaz, Fahd <Fahd.Riaz@us.dlapiper.com>
**Cc:** Lyn R. Agre <lagre@glennagre.com>; Ashley Zitrin <azitrin@glennagre.com>; Tim Finnegan <TFinnegan@glennagre.com>; Love Engman <LEngman@mcolaw.com>; Edward Lee <elee@glennagre.com>
**Subject:** Re: Safo et al. v. Singh et al., Case No. 25-mc-80049

⚠ EXTERNAL MESSAGE

Brenna and Fahd,

I am following up on my e-mail from three days ago. Are you instructed to represent Dr. Kishore? Please respond by noon today.

Yours,

Honza

**Honza Červenka** (he/they)
*Senior Associate*



The Pearce Building | 7th Floor | West Street | Maidenhead | SL6 1RL | England
Hennerton House | Wargrave, Berkshire | RG10 8PD | England
641 Lexington Avenue | 13th Floor | New York, NY 10022 | USA

DX 6411 Maidenhead

UK Direct Line +44 (0) 20 3048 5975
UK Office Number +44 (0) 20 3048 5959

US Direct Line +1 (212) 433-3166
US Office Number +1 (212) 433-3456

US Toll-Free Number +1 (833) 568-4080

hcervenka@mcolaw.com | mcolaw.com

 

---

**From:** Honza Cervenka <hcervenka@mcolaw.com>
**Date:** Tuesday, 18 March 2025 at 22:48
**To:** Kelly, Brenna <brenna.kelly@us.dlapiper.com>, Riaz, Fahd <Fahd.Riaz@us.dlapiper.com>
**Cc:** Lyn R. Agre <lagre@glennagre.com>, Ashley Zitrin <azitrin@glennagre.com>, Tim Finnegan <TFinnegan@glennagre.com>, Love Engman <LEngman@mcolaw.com>, Edward Lee <elee@glennagre.com>
**Subject:** Re: Safo et al. v. Singh et al., Case No. 25-mc-80049

Dear Breena and Fahd,

I am writing further to Mr. Allendar's e-mail and below and opposition filing. Can you please confirm Dr. Kishore's address and availability for a deposition?

Will you accept electronic service of a deposition subpoena to Dr. Kishore via e-mail to your addresses?

Thank you,

Honza

**Honza Červenka** (he/they)
*Senior Associate*



The Pearce Building | 7th Floor | West Street | Maidenhead | SL6 1RL | England
Hennerton House | Wargrave, Berkshire | RG10 8PD | England
641 Lexington Avenue | 13th Floor | New York, NY 10022 | USA

DX 6411 Maidenhead

UK Direct Line +44 (0) 20 3048 5975
UK Office Number +44 (0) 20 3048 5959

US Direct Line +1 (212) 433-3166
US Office Number +1 (212) 433-3456
US Toll-Free Number +1 (833) 568-4080

hcervenka@mcolaw.com | mcolaw.com



---

**From:** Allender, Daniel L. <DAllender@RobinsKaplan.com>
**Date:** Friday, 14 March 2025 at 17:35
**To:** Lyn R. Agre <lagre@glennagre.com>, Kelly, Brenna <brenna.kelly@us.dlapiper.com>, Riaz, Fahd <Fahd.Riaz@us.dlapiper.com>
**Cc:** Honza Cervenka <hcervenka@mcolaw.com>, Ashley Zitrin <azitrin@glennagre.com>, Tim Finnegan <TFinnegan@glennagre.com>, Love Engman <LEngman@mcolaw.com>, Edward Lee <elee@glennagre.com>, nicholas.collins@arentfox.com <nicholas.collins@arentfox.com>, tristan.montaque@gmail.com <tristan.montaque@gmail.com>
**Subject:** RE: Safo et al. v. Singh et al., Case No. 25-mc-80049

Lyn (and all counsel) –

Attached is Dr. Kishore's opposition to your motion to compel.  The opposition explains why you have not been able to serve him.  You were going to the wrong address and, until recently, Dr. Kishore was not even in California.

In any event, please communicate with Breena Kelly and Fahd Riaz at DLA Piper (copied here) to discuss scheduling a deposition.

Daniel

Daniel L. Allender
ROBINS KAPLAN LLP
2121 Avenue of the Stars | Suite 2800 | Los Angeles, California  90067
Direct (310) 229-5892 | Mobile (424) 202-7619

---

**From:** Edward Lee <elee@glennagre.com>
**Sent:** Thursday, February 27, 2025 4:00 PM
**To:** nicholas.collins@arentfox.com; tristan.montaque@gmail.com; Allender, Daniel L. <DAllender@RobinsKaplan.com>
**Cc:** Lyn R. Agre <lagre@glennagre.com>; Honza Cervenka <hcervenka@mcolaw.com>; Ashley Zitrin <azitrin@glennagre.com>; Tim Finnegan <TFinnegan@glennagre.com>; Love Engman <lengman@mcolaw.com>
**Subject:** [EXTERNAL] Safo et al. v. Singh et al., Case No. 25-mc-80049

Dear Counsel,

Attached please find a copy of the papers listed below, which were filed in the above referenced case in the Northern District of California.

- Plaintiffs' Motion to Compel;
- Declaration of Jan "Honza" Červenka in Support of Plaintiffs' Motion to Compel, and Exhibits thereto;
- Plaintiffs' Proposed Order Granting the Motion to Compel; and
- Plaintiffs' Certification of Attempt to Meet and Confer

**Edward Lee**
(he/him)
Litigation Manager
Main: 212.970.1600
Direct: 212.970.1614

elee@glennagre.com



1185 Avenue of the Americas, 22nd Fl.
New York, NY 10036

******************************Important Notice *****************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins Kaplan LLP
http://www.robinskaplan.com

---

McAllister Olivarius is a Multinational Partnership authorised and regulated by the UK Solicitors Regulation Authority, registration number 498087 Partners: Dr Ann Olivarius (solicitor of England & Wales and U.S. attorney licensed in Minnesota, New Hampshire, Virginia, the District of Columbia, New York and Idaho); Dr JFO McAllister (Registered Foreign Lawyer, U.S. attorney licensed in Connecticut and New York)

Circular 230 Disclosure: Pursuant to U.S. Treasury Department regulations, we are required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, any review, use, dissemination, distribution, or copying of this email is prohibited. Please notify the sender immediately of the error by return email and please delete this message from your system.

Except in instances in which we have made direct reference above to redlining or "track changes" that are expressly conveyed for review and consideration, it is the intent of the sender to remove all metadata from all attachments to this email, and any metadata that may be found therein has been produced inadvertently and should not be reviewed. Thank you.


The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

McAllister Olivarius is a Multinational Partnership authorised and regulated by the UK Solicitors Regulation Authority, registration number 498087 Partners: Dr Ann Olivarius (solicitor of England & Wales and U.S. attorney licensed in Minnesota, New Hampshire, Virginia, the District of Columbia, New York and Idaho); Dr JFO McAllister (Registered Foreign Lawyer, U.S. attorney licensed in Connecticut and New York)

Circular 230 Disclosure: Pursuant to U.S. Treasury Department regulations, we are required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, any review, use, dissemination, distribution, or copying of this email is prohibited. Please notify the sender immediately of the error by return email and please delete this message from your system.

Except in instances in which we have made direct reference above to redlining or "track changes" that are expressly conveyed for review and consideration, it is the intent of the sender to remove all metadata from all attachments to this email, and any metadata that may be found therein has been produced inadvertently and should not be reviewed. Thank you.

| | |
|---|---|
| **From:** | Kelly, Brenna |
| **To:** | Honza Cervenka; Riaz, Fahd; Allender, Daniel L. |
| **Cc:** | Lyn R. Agre; Ashley Zitrin; Tim Finnegan; Love Engman; Edward Lee; Ann Olivarius; Michael Paul Bowen; Jef McAllister |
| **Subject:** | Re: Safo et al. v. Singh et al., Case No. 25-mc-80049 |
| **Date:** | Friday, March 21, 2025 6:24:13 AM |
| **Attachments:** | image002.png |
| | image001.png |
| | image005.png |
| | image004.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image006.png |

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Honza,

As I've already advised, please reach out to Daniel Allender, Dr. Kishore's counsel in this matter.

Thank you,

Brenna

Get Outlook for iOS

**From:** Honza Cervenka <hcervenka@mcolaw.com>
**Sent:** Friday, March 21, 2025 6:07 AM
**To:** Kelly, Brenna <brenna.kelly@us.dlapiper.com>; Riaz, Fahd <Fahd.Riaz@us.dlapiper.com>
**Cc:** Lyn R. Agre <lagre@glennagre.com>; Ashley Zitrin <azitrin@glennagre.com>; Tim Finnegan <TFinnegan@glennagre.com>; Love Engman <LEngman@mcolaw.com>; Edward Lee <elee@glennagre.com>; Ann Olivarius <AOlivarius@mcolaw.com>; Michael Paul Bowen <mbowen@glennagre.com>; Jef McAllister <JMcAllister@mcolaw.com>
**Subject:** Re: Safo et al. v. Singh et al., Case No. 25-mc-80049

 EXTERNAL MESSAGE

Brenna,

Thank you for confirming. Fahd—do you represent Dr. Kishore?

Yours,

Honza

**Honza Červenka** (he/they)
*Senior Associate*



The Pearce Building | 7th Floor | West Street | Maidenhead | SL6 1RL | England
Hennerton House | Wargrave, Berkshire | RG10 8PD | England
641 Lexington Avenue | 13th Floor | New York, NY 10022 | USA

DX 6411 Maidenhead

UK Direct Line +44 (0) 20 3048 5975
UK Office Number +44 (0) 20 3048 5959

US Direct Line +1 (212) 433-3166
US Office Number +1 (212) 433-3456
US Toll-Free Number +1 (833) 568-4080

hcervenka@mcolaw.com | mcolaw.com

 

---

**From:** Kelly, Brenna <brenna.kelly@us.dlapiper.com>
**Date:** Friday, 21 March 2025 at 12:21
**To:** Honza Cervenka <hcervenka@mcolaw.com>, Riaz, Fahd <Fahd.Riaz@us.dlapiper.com>
**Cc:** Lyn R. Agre <lagre@glennagre.com>, Ashley Zitrin <azitrin@glennagre.com>, Tim Finnegan <TFinnegan@glennagre.com>, Love Engman <LEngman@mcolaw.com>, Edward Lee <elee@glennagre.com>
**Subject:** Re: Safo et al. v. Singh et al., Case No. 25-mc-80049

Honza,

Thank you for your email. I do not represent Dr. Kishore in this matter. Please follow up with Daniel Allender, his counsel.

Thank you,

Brenna

Get Outlook for iOS

**From:** Honza Cervenka <hcervenka@mcolaw.com>

**Sent:** Friday, March 21, 2025 4:12 AM
**To:** Kelly, Brenna <brenna.kelly@us.dlapiper.com>; Riaz, Fahd <Fahd.Riaz@us.dlapiper.com>
**Cc:** Lyn R. Agre <lagre@glennagre.com>; Ashley Zitrin <azitrin@glennagre.com>; Tim Finnegan <TFinnegan@glennagre.com>; Love Engman <LEngman@mcolaw.com>; Edward Lee <elee@glennagre.com>
**Subject:** Re: Safo et al. v. Singh et al., Case No. 25-mc-80049

EXTERNAL MESSAGE

Brenna and Fahd,

I am following up on my e-mail from three days ago. Are you instructed to represent Dr. Kishore? Please respond by noon today.

Yours,

Honza

**Honza Červenka** (he/they)
*Senior Associate*



The Pearce Building | 7th Floor | West Street | Maidenhead | SL6 1RL | England
Hennerton House | Wargrave, Berkshire | RG10 8PD | England
641 Lexington Avenue | 13th Floor | New York, NY 10022 | USA

DX 6411 Maidenhead

UK Direct Line +44 (0) 20 3048 5975
UK Office Number +44 (0) 20 3048 5959

US Direct Line +1 (212) 433-3166
US Office Number +1 (212) 433-3456
US Toll-Free Number +1 (833) 568-4080

hcervenka@mcolaw.com | mcolaw.com

 

---

**From:** Honza Cervenka <hcervenka@mcolaw.com>
**Date:** Tuesday, 18 March 2025 at 22:48
**To:** Kelly, Brenna <brenna.kelly@us.dlapiper.com>, Riaz, Fahd <Fahd.Riaz@us.dlapiper.com>
**Cc:** Lyn R. Agre <lagre@glennagre.com>, Ashley Zitrin <azitrin@glennagre.com>, Tim

Finnegan <TFinnegan@glennagre.com>, Love Engman <LEngman@mcolaw.com>, Edward Lee <elee@glennagre.com>

**Subject:** Re: Safo et al. v. Singh et al., Case No. 25-mc-80049

Dear Breena and Fahd,

I am writing further to Mr. Allendar's e-mail and below and opposition filing. Can you please confirm Dr. Kishore's address and availability for a deposition?

Will you accept electronic service of a deposition subpoena to Dr. Kishore via e-mail to your addresses?

Thank you,

Honza

**Honza Červenka** (he/they)
*Senior Associate*



The Pearce Building | 7th Floor | West Street | Maidenhead | SL6 1RL | England
Hennerton House | Wargrave, Berkshire | RG10 8PD | England
641 Lexington Avenue | 13th Floor | New York, NY 10022 | USA

DX 6411 Maidenhead

UK Direct Line +44 (0) 20 3048 5975
UK Office Number +44 (0) 20 3048 5959

US Direct Line +1 (212) 433-3166
US Office Number +1 (212) 433-3456
US Toll-Free Number +1 (833) 568-4080

hcervenka@mcolaw.com | mcolaw.com

 

---

**From:** Allender, Daniel L. <DAllender@RobinsKaplan.com>
**Date:** Friday, 14 March 2025 at 17:35
**To:** Lyn R. Agre <lagre@glennagre.com>, Kelly, Brenna <brenna.kelly@us.dlapiper.com>, Riaz, Fahd <Fahd.Riaz@us.dlapiper.com>
**Cc:** Honza Cervenka <hcervenka@mcolaw.com>, Ashley Zitrin <azitrin@glennagre.com>, Tim Finnegan <TFinnegan@glennagre.com>, Love Engman <LEngman@mcolaw.com>, Edward Lee <elee@glennagre.com>, nicholas.collins@arentfox.com

<nicholas.collins@arentfox.com>, tristan.montaque@gmail.com
<tristan.montaque@gmail.com>
**Subject:** RE: Safo et al. v. Singh et al., Case No. 25-mc-80049

Lyn (and all counsel) –

Attached is Dr. Kishore's opposition to your motion to compel. The opposition explains why you have not been able to serve him. You were going to the wrong address and, until recently, Dr. Kishore was not even in California.

In any event, please communicate with Breena Kelly and Fahd Riaz at DLA Piper (copied here) to discuss scheduling a deposition.

Daniel

Daniel L. Allender
ROBINS KAPLAN LLP
2121 Avenue of the Stars | Suite 2800 | Los Angeles, California  90067
Direct (310) 229-5892 | Mobile (424) 202-7619

---

**From:** Edward Lee <elee@glennagre.com>
**Sent:** Thursday, February 27, 2025 4:00 PM
**To:** nicholas.collins@arentfox.com; tristan.montaque@gmail.com; Allender, Daniel L. <DAllender@RobinsKaplan.com>
**Cc:** Lyn R. Agre <lagre@glennagre.com>; Honza Cervenka <hcervenka@mcolaw.com>; Ashley Zitrin <azitrin@glennagre.com>; Tim Finnegan <TFinnegan@glennagre.com>; Love Engman <lengman@mcolaw.com>
**Subject:** [EXTERNAL] Safo et al. v. Singh et al., Case No. 25-mc-80049

Dear Counsel,

Attached please find a copy of the papers listed below, which were filed in the above referenced case in the Northern District of California.

- Plaintiffs' Motion to Compel;
- Declaration of Jan "Honza" Červenka in Support of Plaintiffs' Motion to Compel, and Exhibits thereto;
- Plaintiffs' Proposed Order Granting the Motion to Compel; and
- Plaintiffs' Certification of Attempt to Meet and Confer

**Edward Lee**
(he/him)
Litigation Manager
Main: 212.970.1600

Direct: 212.970.1614

elee@glennagre.com



1185 Avenue of the Americas, 22nd Fl.
New York, NY 10036

*******************************Important Notice *******************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins Kaplan LLP
http://www.robinskaplan.com

McAllister Olivarius is a Multinational Partnership authorised and regulated by the UK Solicitors Regulation Authority, registration number 498087 Partners: Dr Ann Olivarius (solicitor of England & Wales and U.S. attorney licensed in Minnesota, New Hampshire, Virginia, the District of Columbia, New York and Idaho); Dr JFO McAllister (Registered Foreign Lawyer, U.S. attorney licensed in Connecticut and New York)

Circular 230 Disclosure: Pursuant to U.S. Treasury Department regulations, we are required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the

intended recipient, any review, use, dissemination, distribution, or copying of this email is prohibited. Please notify the sender immediately of the error by return email and please delete this message from your system.

Except in instances in which we have made direct reference above to redlining or "track changes" that are expressly conveyed for review and consideration, it is the intent of the sender to remove all metadata from all attachments to this email, and any metadata that may be found therein has been produced inadvertently and should not be reviewed. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

McAllister Olivarius is a Multinational Partnership authorised and regulated by the UK Solicitors Regulation Authority, registration number 498087 Partners: Dr Ann Olivarius (solicitor of England & Wales and U.S. attorney licensed in Minnesota, New Hampshire, Virginia, the District of Columbia, New York and Idaho); Dr JFO McAllister (Registered Foreign Lawyer, U.S. attorney licensed in Connecticut and New York)

Circular 230 Disclosure: Pursuant to U.S. Treasury Department regulations, we are required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, any review, use, dissemination, distribution, or copying of this email is prohibited. Please notify the sender immediately of the error by return email and please delete this message from your system.

Except in instances in which we have made direct reference above to redlining or "track changes" that are expressly conveyed for review and consideration, it is the intent of the sender to remove all metadata from all attachments to this email, and any metadata that may be found therein has been produced inadvertently and should not be reviewed. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.